| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ERIC J. CHANG<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELVIN MARTIN<br><br>Defendant. | CASE NO. 2:18-PO-00290-CKD<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING<br><br>DATE: October 10, 2018<br>TIME: 10:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, *pro se*, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a court trial on October 10, 2018 at 10:00 a.m.

2. Since the initial appearance, the parties have made significant progress towards reaching an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the court trial. The parties also now jointly move for the Court to set a status conference for October 18, 2018 at 9:30 a.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 2, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ *Eric J. Chang*<br>ERIC J. CHANG<br>Special Assistant U.S. Attorney |
| Dated: October 5, 2018 | | /s/ *Eric J. Chang* for<br>LINDA ALLISON<br>Counsel for Defendant<br>[by agreement via email] |

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the court trial is vacated as set forth above, and a status conference is set for October 18, 2018 at 9:30 a.m.

FOUND AND ORDERED

Dated: October 9, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE